## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COSTAS MARNERAKIS, as Executor Of The Estate of Deborah Marnerakis, Wider Husband and Individually )<br>Plaintiff, )<br>vs. )<br>)<br>NORTHWEST AIRLINES, INC., ET AL )<br>Defendant. ) | **CIVIL ACTION**<br>**NO. 07-40234-FDS** |

COSTAS MARNERAKIS, as Executor Of The
Estate of Deborah Marnerakis, Wider Husband
and Individually
              Plaintiff,
vs.

NORTHWEST AIRLINES, INC., ET AL
              Defendant.

**CIVIL ACTION
NO. 07-40234-FDS**

## ORDER ON PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES (Document No. 81)
### March 26, 2010

**HILLMAN, M.J.**


        The Plaintiff has served three sets of Interrogatories upon non-parties.  Set one was

served upon First Officer Connie Guss, a co-pilot for Northwest Airlines;, the second set was

served to " a Defendant, Northwest Airlines representative in the office of in-flight safety; and

the third set of Interrogatories was sent to Ms. Julia Hinds, lead flight attendant for Northwest

Airlines."

        The Federal Rules of Civil Procedure 33 provides that: **any party may serve upon any**

**other party written interrogatories . . . to be answered by the party served or if the party**

**served is a public corporation by any officer or agent who shall furnish such information as**

**is available to the party.**  Federal Rule Civil P. 33(a).  In this case, Northwest Airlines, Douglas

M. Steenland, Kenneth J. Hylander and John Does 1-10 are the only named Defendants.  Since

none of the parties to whom the interrogatories are proffered are parties to this litigation, the

Plaintiff's motion is <u>denied</u>.


/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE