# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COSTAS MARNERAKIS, as Executor Of The Estate of Deborah Marnerakis, Wider Husband and Individually<br>      Plaintiff,<br>vs.<br><br>NORTHWEST AIRLINES, INC., ET AL<br>      Defendant. | CIVIL ACTION<br>NO. 07-40234-FDS |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL RULE 26(a)(1) AND RULE 30(b)(6)DISCLOSURES FROM THE DEFENDANTS(Document No. 55)
**March 26, 2010**

**HILLMAN, M.J.**

The Plaintiff seeks Federal Rule of Civil Procedure 30(b)(6) information from the Defendant, Northwest Airlines. Specifically, he seeks the name of the corporate officer, who has the most knowledge of his cause of action, including that person responsible for the "conception, implementation and monitoring of safety events such as the one that is this cause of action." ("*sic*"). The Defendants argue that the Plaintiff's request is not ripe because he has not provided his initial disclosures as provided by Fed. R. Civ. P. 26(a)(1).

For the purposes of this request only, I am ordering that the Defendants provide the name of the corporate officer or officers that is responsive to the Plaintiff's requests. This information is to be served upon the Plaintiff within fourteen (14) days of the date of this Order.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE