|  |  |
|---|---|
| COSTAS MARNERAKIS, as Executor Of The Estate of Deborah Marnerakis, Wider Husband and Individually<br>　　　　Plaintiff,<br>vs.<br>NORTHWEST AIRLINES, INC., ET AL,<br>　　　　Defendants. | CIVIL ACTION<br>NO. 07-40234-FDS |

### ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (Document No. 79)
### March 26, 2010

**HILLMAN, M.J.**

With respect to the following requests for production of documents served by the Plaintiff on the Defendants, I make the following orders:

1.　　Plaintiff's Document Request Nos. 1, 11, 20, 27, 30, and 33 are granted, subject to the execution of an appropriate protective order. The parties are ordered to meet and confer via telephone and to agree upon the terms of a Protective Order. If, within 14 days, the parties fail to reach an agreement on the terms of an appropriate Protective Order they shall each submit a proposed Protective Order to the Court. Once the Protective Order is executed by the parties, the Defendants shall provide the requested documents to

the Plaintiff within fourteen (14) days of the execution of the Protective Order.

2. Plaintiff's request for production of documents No. 2 is granted with respect to Document 1(b)(1) as disclosed in the Defendants' initial disclosure statement and denied in all other respects.

3. Plaintiff's Document Request No. 3 is granted only as to the personnel who were on board the flight at issue.

4. Plaintiff's Document Request No. 6 is granted.

5. Plaintiff's Document Request No. 9 is granted with respect to any documents that reference the emergency medical kits and/or first aid kits that were in use on the flight that is the subject of this litigation.

6. Plaintiff's Document Request Nos. 13 and 14 are granted.

7. All other requests for production of documents are denied.

With respect to any document that is ordered produced for which the Defendants' claim a privilege or privacy right, they shall within fourteen (14) days of the date of this Order serve upon the Plaintiff a privilege log that conforms to the requirements of the Rules of Civil Procedure and the case law interpreting same.

With respect to those requests which I have granted, that are not the subject of a Protective Order, the documents shall be produced to the Plaintiff within fourteen (14) days of the date of this Order.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE